**SO ORDERED.**

Dated: November 9, 2023



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FUSION GALAXY LLC, an Arizona limited liability company,<br><br>　　　　　　　Debtor.<br><br>―――――――――――――――――<br>ROBERT LYLE AGNEW,<br><br>　　　　　　　Debtor. | Chapter 11 Proceedings<br>[Subchapter V]<br><br>Case No.  2:23-bk-05010-MCW<br>Case No.  2:23-bk-05018-MCW<br><br>(Jointly Administered)<br><br>(This pleading relates to Robert Lyle Agnew)<br><br>**ORDER APPROVING STIPULATION FOR CLAIM TREATMENT OF FREEDOM ROAD FINANCIAL'S CLAIM**<br><br>**Re: 2023 Triumph Bobber** |

This matter came before the Court pursuant to the *Stipulation Regarding Claim Treatment of Freedom Road Financial's Claim* (the "**Stipulation**") filed in the above-captioned bankruptcy cases.

Based upon the Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit A** is APPROVED.

**SIGNED AND DATED ABOVE**.

**EXHIBIT A**



402 E. Southern Ave.
Tempe, AZ 85282
Telephone: (602) 888-9229
Facsimile: (480) 725-0087
D. Lamar Hawkins – 013251
JoAnn Falgout – 015052
E-Mail: lamar@guidant.law
E-Mail: joann.falgout@guidant.law
Counsel for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re:<br><br>FUSION GALAXY LLC, an Arizona limited liability company,<br><br>    Debtor.<br><br>────────────────<br><br>ROBERT LYLE AGNEW,<br><br>    Debtor. | Chapter 11 Proceedings<br>    [Subchapter V]<br><br>Case No.  2:23-bk-05010-MCW<br>Case No.  2:23-bk-05018-MCW<br><br>(Jointly Administered)<br><br>(This pleading relates to Robert Lyle Agnew)<br><br>**STIPULATION FOR CLAIM TREATMENT OF FREEDOM ROAD FINANCIAL'S CLAIM**<br><br>**Re: 2023 Triumph Bobber** |

ROBERT LYLE AGNEW, debtor and debtor in possession (the "**Debtor**"), by and through undersigned counsel, and Freedom Road Financial ("**Freedom**"), by and through Carrus LLC, hereby agree and stipulate as follows:

## *RECITALS:*

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, 11 U.S.C. §§ 362 and 363, and Federal Rule of Bankruptcy Procedure 4001. This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

2. On July 26, 2023, the Debtor filed a Chapter 11 bankruptcy petition and elected treatment under subchapter V (the "**Petition Date**").

1

3. On August 11, 2023, Freedom filed Proof of Claim No. 2 in the amount of $11,378.92.

4. Freedom has a valid and perfected lien on the Debtor's 2023 Triumph Bobber (the "**Triumph**") pursuant to a Promissory Note, Disclosure and Security Agreement entered into by the Debtor on August 20, 2022 (the "**Note**"). A true and correct copy of the Note is attached to Freedom's proof of claim.

## *AGREEMENT:*

5. The foregoing Recitals are incorporated by reference as though fully set forth herein and constitute the express terms of the Agreement.

6. The parties agree for that for purposes of this Stipulation and the Debtor's Chapter 11 Plan, the Triumph has a fair market value of $8,475.50 as of the Petition Date.

7. Freedom shall have an Allowed Secured Claim under the Plan in the amount of $8,475.50 (the "**Allowed Secured Claim**"), which shall be re-amortized over a 36 month term, and shall accrue interest at 6.69% per annum until paid in full, resulting in a monthly payment of $260.50.

8. The first payment hereunder shall be on the 15th day of the month after the Court's approval of this Stipulation, and shall be due on the 15th day of each month thereafter for 35 additional months, or until the Allowed Secured Claim is paid in full.

9. The balance of Freedom's claim shall be an unsecured claim in the amount of $2,903.42 (the "**Allowed Unsecured Claim**").

10. Freedom shall waive any prior defaults that occurred as a result of the bankruptcy filing, if any.

11. The Debtor shall make these payments directly to Freedom at Freedom Road Finance, PO Box 4597, Oakbrook, Illinois 60522-4597.

12. The Debtor may prepay the claim without penalty at any time. Freedom will release its lien on the Triumph only after payment in full of the Allowed Secured Claim, or if Triumph's claim is satisfied in full through a sale of the Triumph.

13. The terms of this Stipulation shall be incorporated into the Debtor's Chapter 11 Plan to be filed with the Court or the Order confirming the Chapter 11 Plan, which

establishes the "**Confirmation Date**." Any inconsistency between this Stipulation and the Plan shall be resolved in favor of this Stipulation.

14. Freedom's execution of this Stipulation shall also constitute its vote to accept the Plan so long as the Plan or Order confirming the Plan incorporates the terms of this Stipulation.

15. The Debtor shall maintain insurance on the Triumph in an amount no less than the balance owed to Freedom and with Freedom listed as a loss payee.

16. The Parties shall bear their own attorneys' fees and costs in entering into this Stipulation.

DATED this 10th day of October, 2023.

| | |
|---|---|
| CARRUS LLC | GUIDANT LAW, PLC |
| By: /s/ James Coates (with permission)<br>James Coates<br>25 Highland park Village #100-199<br>Dallas, TX 75205<br>*Counsel for Freedom Road Financial* | By: /s/ D. Lamar Hawkins, #013251<br>D. Lamar Hawkins<br>JoAnn Falgout<br>402 East Southern Avenue<br>Tempe, AZ 85282<br>*Counsel for the Debtor* |

E-FILED this 10th day of October, 2023 with the U.S. Bankruptcy Court and copies served via the Court's CM/ECF Notification System this day on all parties that have appeared in the case.